UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand and thirteen,

_____

EM Ltd., NML Capital, Ltd.,

    Plaintiffs - Appellees,

v.

Banco Central de la Republica Argentina, Republic of Argentina

    Defendants - Appellants.
_____

ORDER
Docket No: 13-3819

Appellant Republic of Argentina has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 15, 2014 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

